Thomas J. Brindisi (SBN 175587)
tom@orbitip.com
**ORBIT IP, LLP**
11400 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
Tel.: (310) 887-1333
Fax: (310) 887-1334

Attorneys for Plaintiff,
PROPROCKETS, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PropRockets, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>JMW Sales, Inc. d/b/a Blue Marble, an Oregon Corporation,<br><br>Defendant. | **Case No.:**<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

## NATURE OF THE CLAIMS

1. PropRockets, LLC ("PropRockets") brings the following claims against JMW Sales, Inc., doing business as Blue Marble ("JMW"), for infringement under the patent laws of the United States, 35 U.S.C. § 271 et seq.

## THE PARTIES

2. PropRockets is a California limited liability company with its principal place of business at 5636 Vercelly Court, Westlake Village, CA 91362.

3. JMW is a corporation organized under Oregon law with its principal place of business at 101 A Street, Ashland, OR 97520. Oregon Corporation Division's Registry No. 165995490 identifies Blue Marble as an Assumed Business Name entity wholesaling toys, with its principal place of business at the same address.

4. JMW's Statement of Information BA20251176392, filed as an out-of-state corporation with the California Secretary of State on May 30, 2025, specifies JMW's business as "Toy Wholesale and Distribution."

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over the patent claims in this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6. On information and belief, JMW has purposefully directed activities at this District and has committed acts of patent infringement in this District, giving rise to specific jurisdiction for the present infringement claims.

7. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because, on information and belief, acts of patent infringement have been committed in this District and because JMW is subject to personal jurisdiction in this district.

## FACTUAL BACKGROUND

### The Asserted Patents

8. PropRockets owns all rights, title, and interest in and to U.S. Patent No. 10,668,332, entitled "Electric Motor and Propeller Driven Toy Rocket" and

issued on June 2, 2020 ("the '332 Patent"). A true and correct copy of the '332 Patent is attached as **Exhibit A**. The figure printed on the cover page of the '332 Patent shows a rocket toy according to an embodiment of the invention, resting on a launch stand, accompanied by illustrative launch controls:




FIG. 6

9. PropRockets owns all rights, title, and interest in and to U.S. Patent No. 12,246,224, entitled "Electric Motor and Propeller Driven Toy Rocket" and

issued on March 11, 2025 ("the '224 Patent"). A true and correct copy of the '224 Patent is attached as **Exhibit B**. The figure printed on the cover page of the '224 Patent, also shows a rocket toy according to an embodiment of the invention, resting on a launch stand:




10. Independent claims 1 and 15 of the '332 Patent are directed to a rocket toy driven by an electric motor and propeller, with a launch countdown timer and an in-flight timer for cutting off the motor.

11. Independent claim 21 of the '224 Patent is directed to a rocket toy driven by an electric motor and propeller, with a user-adjustable in-flight timer for cutting off the motor, and independent claim 24 is directed to a rocket toy driven by an electric motor and propeller, with pivoting fins that slow upward rotation during ascent and cause controlled autorotation during descent.

**The Accused Products**

12. On information and belief, JMW (doing business as Blue Marble) manufactures or purchases products in China, and imports those products into the U.S., as indicated by the product packaging reproduced below:




13. On information and belief, JMW, doing business as Blue Marble, sells products directly to consumers, inter alia, through the online consumer marketplace Amazon.com ("Amazon"), and through the Walmart consumer retail store and Walmart.com online consumer marketplace (collectively "Walmart"), to consumers living in the United States and in this judicial district.

14. On information and belief, JMW, doing business as Blue Marble, sells products in the U.S. branded and marketed under trademark rights licensed from National Geographic Partners LLC.

15. PropRockets has identified products sold by JMW through Amazon and Walmart which infringe at least one claim of the '332 Patent and at least one claim of the '224 Patent. PropRockets may disclose additional infringing products and/or additional sales channels at the appropriate times as consistent with this District's Local Rules and this Court's Standing Orders.

16. On information and belief, JMW has imported into the U.S. and offered for sale, sold, and/or otherwise distributed products in the U.S. identified on Amazon with Amazon Standard Identification Numbers (ASIN) B09FCK7YB3 and B0GF5Z8943 and through Walmart identified with Walmart Item Number (WIN)

154127692 (collectively "the Accused Products") subsequent to the issuance of the '332 Patent and the '224 Patent.

17. Exemplary marketing images from each of the online listings for Amazon ASINs B09FCK7YB3 and B0GF5Z8943 and Walmart WIN 154127692 are reproduced below:












18. On information and belief, the functional design and features of each of the Accused Products are materially the same.

19. A "National Geographic™ Power Rocket™ Instructions and Learning Guide" for Amazon ASIN B09FCK7YB3 is attached as **Exhibit C** (hereafter the "User Guide").

20. On page 5 of the User Guide, reproduced below, item 4 states: "Click the power button once to launch and step away from the launch base. The status LED light will flash green when your launch is activated"; and a further instruction states: "To launch the rocket higher, double click the power button quickly when you place the rocket on the launcher during Step 4. To send your rocket the highest it will go, click the power button three times":

**2.** Place each wing behind its corresponding wing clip.

**3.** Place the rocket on the launcher.

**4.** Click the power button once to launch and step away from the launch base. The status LED light will flash green when your launch is activated. ***Note:*** *The rocket will spin for five seconds before launch.*

**5.** Once your rocket has landed, wait until the status LED light stops flashing green. This flashing indicates that the rocket motor is cooling down. Once the flashing stops, your rocket is ready for another launch.

**6.** Follow steps 2–5 to relaunch.

**7.** Once you're done launching, press and hold the power button until the status LED light turns off. If the rocket is not used for more than 5 minutes, it will power down automatically.





**Try This!** To launch the rocket higher, double click the power button quickly when you place the rocket on the launcher during Step 4. To send your rocket the highest it will go, click the power button three times.

*You will be able to launch up to 20 times in a row, however if you choose to launch the rocket higher with double or triple clicks, you will reduce the number of times the rocket can launch before it requires a recharge.*

5

**COUNT I**

**(Infringement of the ‘332 Patent—35 U.S.C. §§ 271)**

21. The foregoing paragraphs 1-20 are incorporated by reference as if fully set forth in this paragraph.

22. On information and belief, JMW has imported into the U.S., offered for sale, sold, and/or otherwise distributed the Accused Products in the U.S. subsequent to the issuance of the ‘332 Patent.

23. JMW has infringed and continues to infringe at least one claim of the ‘332 Patent by importing, offering for sale, selling, and/or otherwise distributing the Accused Products in the U.S. in violation of 35 U.S.C. § 271.

24. JMW has directly infringed at least claims 1, 2, 4-7, and 10-15 of the ’332 Patent by importing, offering for sale, selling, and/or otherwise distributing the Accused Products in the U.S.

25. On information and belief, JMW has marketed and sold the Accused Products through commercial channels including Amazon, Walmart, Target, Barnes and Noble, and Disney stores.

26. A claim chart demonstrating how the Accused Products satisfy each limitation of claims 1, 2, 4-7, and 10-15 of the ’332 Patent is attached as **Exhibit D**.

27. JMW’s infringement has injured and/or continues to injure PropRockets, which is entitled to recover damages adequate to compensate it for that infringement.

28. PropRockets will continue to suffer irreparable injury unless and until Defendant is permanently enjoined by the Court from infringement of the ‘332 Patent.

29. PropRockets is entitled to injunctive and compensatory relief.

**COUNT II**

**(Infringement of the ‘224 Patent—35 U.S.C. §§ 271)**

30. The foregoing paragraphs 1-20 are incorporated by reference as if

fully set forth in this paragraph.

31. On information and belief, JMW has imported into the U.S., offered for sale, sold, and/or otherwise distributed the Accused Products in the U.S. subsequent to the issuance of the ‘224 Patent.

32. JMW has infringed and continues to infringe at least one claim of the ‘224 Patent by importing, offering for sale, selling, and/or otherwise distributing the Accused Products in the U.S. in violation of 35 U.S.C. § 271.

33. JMW has directly infringed at least claims 21 and 24 of the ’224 Patent by importing, offering for sale, selling, and/or otherwise distributing the Accused Products in the U.S.

34. On information and belief, JMW has marketed and sold the Accused Products through commercial channels including Amazon, Walmart, Target, Barnes and Noble, and Disney stores.

35. A claim chart demonstrating how the Accused Products satisfy each limitation of claims 21 and 24 of the ’224 Patent is attached as **Exhibit E**.

36. JMW’s infringement has injured and/or continues to injure PropRockets, which is entitled to recover damages adequate to compensate it for that infringement.

37. PropRockets will continue to suffer irreparable injury unless and until Defendant is permanently enjoined by the Court from infringement of the ‘224 Patent.

38. PropRockets is entitled to injunctive and compensatory relief.

## **PRAYER FOR RELIEF**

WHEREFORE, PropRockets asks the Court to enter judgment in its favor and against JMW and to grant the following relief:

A. A determination that JMW has infringed the ‘332 and ‘224 Patents;

B. An injunction permanently enjoining JMW, and any officers, agents, employees, and all others in active concert or participation with JMW, or

any of them, from doing any acts that infringe the ‘332 and ‘224 Patents;

C. An award of damages in an amount adequate to compensate PropRockets for JMW’s infringement of the ‘332 and ‘224 Patents;

D. A judgment and order that JMW and/or others in participation with JMW take all steps necessary to deliver to PropRockets all remaining inventory of all Accused Products in its possession, custody or control; and

E. A judgment and order requiring JMW to file with the Court and serve on PropRockets a written report under oath setting forth in detail its compliance with the injunction within thirty days; and

F. Any further relief that this Court deems just and proper.

DATED: October 1, 2026

Respectfully submitted,

ORBIT IP LLP

By: /s/ Thomas J. Brindisi
Thomas J. Brindisi (SBN 175587)

*Attorneys for PropRockets, LLC*

**JURY TRIAL DEMAND**

PropRockets demands a jury trial on all issues triable by a jury.

DATED: October 1, 2026

Respectfully submitted,

ORBIT IP LLP

By: /s/ Thomas J. Brindisi
Thomas J. Brindisi (SBN 175587)

*Attorneys for PropRockets, LLC*